IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 2 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROYCE ALLEN SPENCER,<br><br>Defendant. | CR 16–01–BU–DLC–1<br><br>ORDER |

Before the Court is Defendant Royce Allen Spencer's Motion for Early Termination of Supervised Release (Doc. 95). Spencer pled guilty to Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 846 and was sentenced to six months of imprisonment and three years of supervised release on April 20, 2017. (Doc. 88 at 1–3.) Spencer is currently set to conclude his term of supervised release on June 11, 2020. (Doc. 96 at 2.) Title 18 U.S.C. § 3583 permits termination of a term of supervised release after a defendant has completed at least one year of his term. Nonetheless, it is the policy of this Court to require the completion of at least two-thirds of a term of supervised release before the Court will consider termination of supervision. Here, while Spencer has nearly served two of his three years of supervised release, he will not become eligible for early termination under the policy of this Court until June 12, 2019. Although the Court

-1-

will deny Spencer's request for this reason, it is worth noting that Spencer has made great strides in his personal development while on supervised release. Spencer is sober, has complied with all of his conditions of supervision, has maintained gainful employment, and is seeking to better himself. Should this pattern of success continue, the Court will have no hesitations granting the requested relief after the completion of two-thirds of his term of supervised release. Accordingly,

IT IS ORDERED that Spencer's Motion (Doc. 95) is DENIED WITHOUT PREJUDICE.

DATED this 2nd day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court