IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–01–BU–DLC–1 |
| Plaintiff, | |
| vs. | ORDER |
| ROYCE ALLEN SPENCER, | |
| Defendant. | |

Before the Court is Defendant Royce Allen Spencer's Renewed Motion for Early Termination of Supervised Release (Doc. 98). On April 2, 2019, with regard to Spencer's first motion requesting early termination, the Court found that Spencer was statutorily eligible for that relief and that his performance on supervision warranted that relief. (Doc. 97 at 1–2.) Nonetheless, the Court denied Spencer's first motion without prejudice after finding that Spencer had not yet completed two-thirds of his term of supervised release as is required by this Court's policy. Spencer has now completed two-thirds of his term and renewed his request. As Spencer remains statutorily eligible under 18 U.S.C. § 3583 and has continued to successfully abide by his conditions of release,

IT IS ORDERED that Spencer's Motion (Doc. 97) is GRANTED. The term of supervised release imposed by this Court's April 20, 2017 Judgment is

TERMINATED as of the date of this Order and Spencer is hereby DISCHARGED from his sentence of supervised release in this case.

DATED this 18th day of June, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court